Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **MOG Properties LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **The Reserve on 1863** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **8 7 – 4 7 8 1 0 8 5** |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1272 Fm 1863**<br>Number        Street | <br>Number        Street |
| **New Braunfels, TX 78132-3724**<br>City                State    ZIP Code | <br>City                State    ZIP Code |
| **Comal**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number        Street |
| | <br>City                State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **MOG Properties LLC**                                   Case number *(if known)*
        Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   **7   2   2   4** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                   MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                        MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                          MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    **MOG Properties LLC**                                    Case number *(if known)*
                  Name

**11. Why is the case filed in *this***
     ***district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?

   _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

   _____
   Number          Street

   _____

   _____  _____  _____
   City                                        State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency    _____

            Contact name       _____

            Phone              _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000

☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    **MOG Properties LLC**                                          Case number *(if known)*
          Name

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ☑ $100,001-$500,000
- ❑ $500,001-$1 million

- ❑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million

- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **02/28/2025**
               MM/  DD/  YYYY

X  **/s/ Stacey M. Robinson**                                    **Stacey M. Robinson**
   Signature of authorized representative of debtor              Printed name

Title          **Managing Member**

**18. Signature of attorney**

X          **/s/ Morris E. "Trey" White, III**          Date  **02/28/2025**
   Signature of attorney for debtor                            MM/  DD/  YYYY

**Morris E. "Trey" White, III**
Printed name

**Villa & White LLP**
Firm name

**100 NE Loop 410 Suite 615**
Number        Street

**San Antonio**                                    **TX**        **78216**
City                                               State         ZIP Code

**(210) 225-4500**                                 **treywhite@villawhite.com**
Contact phone                                      Email address

**24003162**                                       **TX**
Bar number                                         State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MOG Properties LLC** |
| United States Bankruptcy Court for the: | **Western District of Texas** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Comptroller of Public Accounts<br>Po Box 13528<br>Austin, TX 78711-3528 | | Tax lien | | | | $67,178.56 |
| 2 | Taycor Financial<br>Ste 100<br>30 Executive Park Ste 100<br>Irvine, CA 92614-4724 | | | | | | $60,000.00 |
| 3 | New Braunfels 1272 FM LLC<br>453 W San Antonio St<br>New Braunfels, TX 78130-7901 | | | | | | $15,272.84 |
| 4 | WeBank<br>Po Box 757<br>Portsmouth, NH 03802-0757 | | | | | | $6,800.00 |
| 5 | Villa & White LLP<br>100 NE Loop 410 Suite 615<br>San Antonio, TX 78216 | (210) 225-4500 | | | | | $5,000.00 |
| 6 | New Braunfels Utility<br>263 Main Plz<br>New Braunfels, TX 78130-5135 | | | | | | $3,879.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **MOG Properties LLC**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

**In re**     MOG Properties LLC

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................... **$10,000.00**

Prior to the filing of this statement I have received ...................................................... **$5,000.00**

Balance Due ................................................................................................................ **$5,000.00**

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black; padding: 20px;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **02/28/2025** | **/s/ Morris E. "Trey" White, III** |
|---|---|
| *Date* | Morris E. "Trey" White, III |
| | *Signature of Attorney* |

<div style="text-align: right;">

Bar Number: 24003162
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216
Phone: (210) 225-4500

</div>

**Villa & White LLP**

*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **MOG Properties LLC**                                       CASE NO

                                                                    CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **02/28/2025**      Signature                    **/s/ Stacey M. Robinson**
                                                          Stacey M. Robinson, Managing Member

New Braunfels 1272 FM LLC
453 W San Antonio St
New Braunfels, TX 78130-7901

New Braunfels Utility
263 Main Plz
New Braunfels, TX 78130-5135

Taycor Financial
Ste 100
30 Executive Park Ste 100
Irvine, CA 92614-4724

Texas Comptroller of Public
Accounts
Po Box 13528
Austin, TX 78711-3528

Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216

WeBank
Po Box 757
Portsmouth, NH 03802-0757

**Balance Sheet** ⑦

There are currently 1 uncategorized transactions that can affect this report.                    View Uncategorized    Dismiss

← Generate New Report                                                                            Save Report ⌄

## Balance Sheet
As of 18 Feb 2025                                                                                MOG properties llc

## Assets

### Current Assets

| | |
|---|---|
| Economy Business | $11,660.34 |
| **Total Current Assets** | **$11,660.34** |

### Fixed Assets

| | |
|---|---|
| Equipment | $42,872.48 |
| **Total Fixed Assets** | **$42,872.48** |

| **Total Assets** | **$54,532.82** |
|---|---|

## Liabilities

### Current Liabilities

| | |
|---|---|
| Loans from Owners | $41,175.00 |
| Sales Tax Payable | $11,356.62 |
| **Total Current Liabilities** | **$52,531.62** |

### Long-Term Liabilities

| | |
|---|---|
| Loans Payable | $13,000.00 |
| **Total Long-Term Liabilities** | **$13,000.00** |

| **Total Liabilities** | **$65,531.62** |
|---|---|

## Capital

### Capital

| | |
|---|---|
| Owner Distributions | $2,405.93 |
| Owner Capital | $99,380.13 |
| Retained Earnings | −$119,296.60 |
| **Total Capital** | **−$17,510.54** |
| Net Income/Loss | 6511.74 |

| **Total Capital** | **−$10,998.80** |
|---|---|

| **Total Liabilities and Capital** | **$54,532.82** |
|---|---|

